# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **William J Glah, Jr / Margaret R Glah**, Debtors

Case No. **17-18296**

Chapter **13**

## ORDER

AND NOW, this 22nd day of December 2017, upon consideration of the Debtors' motion to extend time to file all required documents, that motion is GRANTED.

Debtors shall file all required documents on or before **January 8, 2018.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**