United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William J Glah, Jr
Margaret R Glah
    Debtors

Case No. 17-18296-elf
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Dec 22, 2017 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
db/jdb      +William J Glah, Jr,    Margaret R Glah,    1179 Foxview Rd,    Pottstown, PA 19465-7368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     RICHARD N. LIPOW    on behalf of Joint Debtor Margaret R Glah richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com
     RICHARD N. LIPOW    on behalf of Debtor William J Glah, Jr richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
     TOTAL: 5

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **William J Glah, Jr**
**Margaret R Glah**

Debtors

Case No. **17-18296**

Chapter **13**

## ORDER

AND NOW, this 22nd day of December 2017, upon consideration of the Debtors' motion to extend time to file all required documents, that motion is GRANTED.

Debtors shall file all required documents on or before **January 8, 2018.**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE