UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE William and Margaret Glah | : |
| | : |
| | : |
| DEBTORS | : Chapter 13 |
| William Glah | : |
| | : |
| | : |
| | : |
| Movant | : DOCKET NO 17-18296elf |
| | : |
| FIA CARD SERVICES NA | : |
| | : |
| | : |
| | : |
| Respondent | : |

**CERTIFICATE OF NO RESPONSE TO
MOTION TO AVOID LIEN ON REAL PROPERTY**

1. On April 25, 2018, Debtor filed a motion to avoid the lien of FIA Card Services.

2. As of May 29, 2018, there has been no response or objection to the motion received by Debtor's counsel or filed with the Clerk of the Court.

        Respectfully,

        /s/ RICHARD N. LIPOW
        By:_____
        Richard N. Lipow, Esq.
        Attorney for the Debtor

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically served on the US and Chapter 13 Trustees at the time those documents were filed and a copy was sent by first class mail addressed as follows:

Brian T. Moynihan, CEO
FIA Card Services, NA
1100 North King Street
Wilmington DE 19884


Dated: 5/29/18               /s/ Richard N Lipow
                             Richard N Lipow
                             Attorney for the Debtor