UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     WILLIAM J GLAH, JR. and | : | |
|     MARGARET R GLAH, | : | |
|         Debtors | : | Bky. No. 17-18296 ELF |

## O R D E R

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by **FIA Services** ("the Respondent") in real property of the Debtor located at **1179 Foxview Road, Pottstown, Pennsylvania, 19465**,

AND, the Debtors having asserted that the alleged lien arising from the judgment entered at **2014-01111** is subject to avoidance pursuant to 11 U.S.C. §522(f),

AND, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED.**

**Date: June 7, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE