United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-18296-elf
William J Glah, Jr                                                       Chapter 13
Margaret R Glah
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina              Page 1 of 1              Date Rcvd: Jun 07, 2018
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db/jdb         +William J Glah, Jr,   Margaret R Glah,   1179 Foxview Rd,   Pottstown, PA 19465-7368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              RICHARD N. LIPOW    on behalf of Joint Debtor Margaret R Glah richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Debtor William J Glah, Jr richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Plaintiff William J Glah, Jr richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              RICHARD N. LIPOW    on behalf of Plaintiff Margaret R Glah richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WILLIAM J GLAH, JR. and | : | |
| MARGARET R GLAH, | : | |
| Debtors | : | Bky. No. 17-18296 ELF |

## O R D E R

**AND NOW,** upon Motion of the Debtors to avoid a judicial lien held by **FIA Services** ("the Respondent") in real property of the Debtor located at **1179 Foxview Road, Pottstown, Pennsylvania, 19465**,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at **2014-01111** is subject to avoidance pursuant to 11 U.S.C. §522(f),

**AND**, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is **AVOIDED.**

**Date: June 7, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE