## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO. 13 |
| | : | |
| WILLIAM J. GLAH, JR. | : | |
| &  | : | |
| MARGARET R. GLAH, | : | CASE NO. 17-18296-ELF |
| | : | |
| DEBTOR | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | OBJECTION TO PLAN |
| OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| V. | : | |
| | : | |
| WILLIAM J. GLAH, JR. | : | |
| & | : | |
| MARGARET R. GLAH | : | |
| | : | |
| RESPONDENT | : | RELATED TO DOCKET NO. 27 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on June 11, 2018, by:

**17-18296-ELF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Richard N. Lipow at richard@lipowlaw.com, ecflipow@gmail.com, r44824@notify.bestcase.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca A. Solarz at bkgroup@kmllawgroup.com

**17-18296-ELF Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA  23541

BB&T
PO Box 1847
Wilson, NC  27894-1847

EXECUTED ON: June 11, 2018

                                              Respectfully submitted by,

                              By:    /s/ Jim Peavler
                                       Counsel
                                       PA Department of Revenue
                                       Office of Chief Counsel
                                       Dept. 281061
                                       Harrisburg, PA 17128-1061
                                       PA I.D.  320663
                                       Phone:  717-787-2747
                                       Facsimile:  717-772-1459
                                       jpeavler@pa.gov