IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| WILLIAM J. GLAH, JR., | : CASE NO. 17-18296-ELF |
| | : |
| <u>                        DEBTORS              </u> | : OBJECTION TO PLAN |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| WILLIAM J. GLAH, JR., | : |
| | : |
| RESPONDENTS | : RELATED TO DOCKET NO. 41 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S WITHDRAWAL OF OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading a Withdrawal of Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 15, 2018, by:

**17-18296-ELF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov, RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Richard N. Lipow at richard@lipowlaw.com, ecflipow@gmail.com, r44824@notify.bestcase.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

**17-18296-ELF Notice will not be electronically mailed to:**

BB&T
PO Box 1847
Wilson, NC  27894-1847

Bankruptcy Section BB&T
100-50-01-51
PO Box 1847
Wilson, NC  27894

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541


EXECUTED ON:  August 15, 2018

                                        Respectfully submitted by,


By:    /s/ Jim Peavler
          Deputy Chief Counsel
          PA Department of Revenue
          Office of Chief Counsel
          Dept. 281061
          Harrisburg, PA 17128-1061
          PA I.D.  320663
          Phone:  717-787-2747
          Facsimile:  717-772-1459
          jpeavler@pa.gov