**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **William Jacob Glah, Jr** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Margaret R Glah** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number   **17-18296** | Chapter   **13** |
| (if known) | |

## PRE-CONFIRMATION CERTIFICATION

## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE

## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the

above case:

1. The above named debtors have paid all post-petition amounts that are required to be
paid under any and all Domestic Support Obligations.

2. The above named debtor have filed all applicable federal, state and local tax returns as
required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes,
        I will provide an updated Certification to the chapter 13 trustee prior to any subsequent
confirmation hearing

Attorney   **/s/ Richard N Lipow**

         **Richard N Lipow**