United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J Glah, Jr  
Margaret R Glah  
    Debtors

Case No. 17-18296-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 29, 2018  
                     Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db/jdb      +William J Glah, Jr,   Margaret R Glah,   1179 Foxview Rd,   Pottstown, PA 19465-7368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:

        JIM PEAVLER   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,  
         RA-occbankruptcy6@state.pa.us  
        JIM PEAVLER   on behalf of Defendant   Department of Revenue of the Commonwealth of Pennsylvania  
         RA-occbankruptcy1@state.pa.us,   RA-occbankruptcy6@state.pa.us  
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        RICHARD N. LIPOW   on behalf of Plaintiff William J Glah, Jr richard@lipowlaw.com,  
         ecflipow@gmail.com;r44824@notify.bestcase.com  
        RICHARD N. LIPOW   on behalf of Plaintiff Margaret R Glah richard@lipowlaw.com,  
         ecflipow@gmail.com;r44824@notify.bestcase.com  
        RICHARD N. LIPOW   on behalf of Debtor William J Glah, Jr richard@lipowlaw.com,  
         ecflipow@gmail.com;r44824@notify.bestcase.com  
        RICHARD N. LIPOW   on behalf of Joint Debtor Margaret R Glah richard@lipowlaw.com,  
         ecflipow@gmail.com;r44824@notify.bestcase.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William J Glah, Jr and Margaret R Glah

      Debtor(s)                                  Chapter: 13

                                      Bankruptcy No: 17−18296−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 28th day of August, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Eric L. Frank
                                      Judge ,
                                      United States Bankruptcy Court

                                                                 47 − 38
                                                                Form 155