United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William J Glah, Jr  
Margaret R Glah  
    Debtors

Case No. 17-18296-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 03, 2021     Form ID: 138NEW     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William J Glah, Jr, Margaret R Glah, 1179 Foxview Rd, Pottstown, PA 19465-7368 |
| 14025566 | + | Aes/pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14025568 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14025567 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14050598 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14213430 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14037132 | + | ESTATE OF ELIZABETH F GLAH, DECEASED, CO TOSCANI AND LINDROS LLP, 400 BERWYN PARK, Berwyn, PA 19312-1386 |
| 14025573 | + | ESTATE OF ELIZABETH F GLAH, DECEASED, CO TOSCANI AND LINDROS LLP, 400 BERWYN PARK, 899 CASSATT ROAD STE 320, Berwyn, PA 19312-1190 |
| 14025572 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14025574 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 14037134 | + | FIA CARD SERVICES N A, 655 PAPERMILL ROAD, Newark, DE 19711-7500 |
| 14037138 | + | JOSEPH GLAH, 120 DEAN STREET APT 3, West Chester, PA 19382-3353 |
| 14037139 | + | KELLY SHOWERS, 2901 NEW HANOVER SQUARE RD, Gilbertsville, PA 19525-9207 |
| 14037142 | + | OWEN J ROBERTS SCHOOL DISTRICT, 901 RIDGE RD, Pottstown, PA 19465-8402 |
| 14037143 | | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, 393 Walnut Street, REVENUE TOWER, Harrisburg, PA 17128-0393 |
| 14056371 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14025577 | + | PNC Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 14169667 | + | TAX CLAIM BUREAU, 313 WEST MARKET ST., ROOM 3602, West Chester Pennsylvania 19382-2804 |
| 14037146 | + | THOMAS GLAH, 124 ICEDALE RD, Honey Brook, PA 19344-8509 |
| 14037148 | | TY GOVATOS, 2A COVELAND NORTH, North Bergen, NJ 07047 |
| 14025579 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Aug 03 2021 23:23:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Aug 03 2021 23:23:00 | Bankruptcy Section BB&T, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 17-18296-elf    Doc 57    Filed 08/05/21    Entered 08/06/21 00:39:06    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14025569 | | Email/Text: bankruptcy@bbandt.com | Aug 03 2021 23:23:00 | Bb&t, Po Box 1847, Wilson, NC 27894 |
| 14037136 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | INTERNAL REVENUE SERVICE, ATT RONNETTE GREEN, 601 S HENDERSON ROAD, King of Prussia, PA 19406 |
| 14037137 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 03 2021 23:23:00 | JH PORTFOLIO DEBT EQUITIES, 5757 PHANTOM DR STE 225, Hazelwood, MO 63042-2429 |
| 14025570 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:45 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14025571 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:45 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14040807 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14025575 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14025576 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14025578 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2021 23:23:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 14050096 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2021 23:23:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14026098 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14029485 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14025582 | *+ | Aes/pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14037127 | *+ | Aes/pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14025584 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14037128 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 14025585 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, Bb&t, Po Box 1847, Wilson, NC 27894 |
| 14025583 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14025589 | *+ | ESTATE OF ELIZABETH F GLAH, DECEASED, CO TOSCANI AND LINDROS LLP, 400 BERWYN PARK, 899 CASSATT ROAD STE 320, Berwyn, PA 19312-1190 |
| 14025588 | *+ | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14037131 | *+ | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14025590 | *+ | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 14037133 | *+ | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 14025591 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, INTERNAL REVENUE SERVICE, Insolvency Remittance,, PO BOX 21126, Philadelphia, PA 19114-0326 |
| 14037135 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, INTERNAL REVENUE SERVICE, Insolvency Remittance,, PO BOX 21126, Philadelphia, PA 19114-0326 |
| 14025586 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14037129 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |

Case 17-18296-elf    Doc 57    Filed 08/05/21    Entered 08/06/21 00:39:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 38 |

| | | |
|---|---|---|
| 14025587 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14037130 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14025592 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14037140 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14025593 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14037141 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14025595 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 14037145 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 14025594 | *+ | PNC Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 14037144 | *+ | PNC Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 14025596 | * | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 14037147 | * | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

**Name**  **Email Address**

JIM PEAVLER
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us

JIM PEAVLER
on behalf of Defendant Department of Revenue of the Commonwealth of Pennsylvania RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us

REBECCA ANN SOLARZ
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD N. LIPOW
on behalf of Debtor William J Glah  Jr richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com

RICHARD N. LIPOW
on behalf of Joint Debtor Margaret R Glah richard@lipowlaw.com  ecflipow@gmail.com;r44824@notify.bestcase.com

RICHARD N. LIPOW
on behalf of Plaintiff William J Glah  Jr richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com

RICHARD N. LIPOW
on behalf of Plaintiff Margaret R Glah richard@lipowlaw.com  ecflipow@gmail.com;r44824@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Aug 03, 2021 Form ID: 138NEW Total Noticed: 38
TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William J Glah, Jr and Margaret R Glah

        Debtor(s)                                  Bankruptcy No: 17−18296−elf

                                                          Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                For The Court
                                                               Timothy B. McGrath
                                                                 Clerk of Court

Dated: 8/3/21

                                                                                              56 − 55
                                                                                        Form 138_new